**No. 41218.**—Protests 663779–G, etc., of Globe Shipping Co., Inc., et al. (New York).

689

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of clothes brushes and hat brushes similar to those passed upon in United States v. Heinrich Herrmann (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.